IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ROBERT EUGENE SIMMONS,
*et al.*,                                          :

                                                   :

                                                   :

          Plaintiffs,              :

                                                   :

          VS.                       :     NO. 7:23-cv-00043-WLS-TQL

                                                   :

JUDGE JOHN KENT EDWARDS,            :
JR, *et al.*,                                      :

                                                   :

          Defendants.              :

## ORDER

Plaintiffs Robert Eugene Simmons, Devante Nelson, Kunta K. Wright, Keith B. McGill, Jason Rutherford, Demetrius Patterson, II, and Willie James Williams, Jr., all of whom are inmates in the Lowndes County Jail in Valdosta, Georgia, have filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). All Plaintiffs appear to have signed the Complaint. Compl. 14-15, ECF No. 1. Plaintiff Simmons has also filed a motion for leave to proceed *in forma pauperis* (ECF No. 2) that purports to be on behalf of all the named Plaintiffs, a motion for injunctive relief (ECF No. 5), and a motion for default judgment (ECF No. 6).

The Prison Litigation Reform Act of 1995 (the "PLRA") requires that a prisoner bringing a civil action *in forma pauperis* be responsible for paying this Court's filing fee. 28 U.S.C. § 1915(b). The Eleventh Circuit Court of Appeals has held that prisoners proceeding *in forma pauperis* are not allowed to join together as plaintiffs in a single

lawsuit and pay only a single filing fee.   Instead, each prisoner must file his own lawsuit

and pay the full filing fee.   *Hubbard v. Haley*, 262 F.3d 1194, 1198 (11th Cir. 2001)

(affirming district court's dismissal of multi-plaintiff action under the PLRA and approving

its finding "that each plaintiff had to file a separate complaint and pay a separate filing

fee").   As the Eleventh Circuit in *Hubbard* noted, requiring each plaintiff to pay the full

filing fee is consistent with Congress's purpose of imposing costs on prisoners to deter

frivolous suits.   *Id.* at 1197-98.   Plaintiffs are therefore not permitted to proceed *in forma*

*pauperis* in this action.   As it does not appear Plaintiff's claims would be barred by the

applicable statute of limitations if they are required to refile their claims, the Complaint is

**DISMISSED WITHOUT PREJUDICE.**   Each Plaintiff may file a separate complaint,

in which he asserts only claims personal to him, if he so chooses.   Each Plaintiff should

also either pay the filing fee or submit a proper motion to proceed *in forma pauperis*, which

should include a certified copy of the Plaintiff's prison trust fund account information.[1]

The Clerk is **DIRECTED** to mail each Plaintiff a copy of the appropriate forms that

---

[1]The Court also notes that to the extent any individual Plaintiff seeks to bring his claims as a class action on behalf of his fellow inmates, a *pro se* Plaintiff may not represent the interests of other prisoners.   *See e.g., Wallace v. Smith*, 145 F. App'x 300, 302 (11th Cir. 2005) (per curiam) (citing *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir.1975) (finding it "plain error to permit [an] imprisoned litigant who is unassisted by counsel to represent his fellow inmates in a class action")).   This same principle prevents any *pro se* Plaintiff in this case from seeking relief on behalf of any other Plaintiff in this action. *See Massimo v. Henderson*, 468 F.2d 1209, 1210 (5th Cir. 1972) (per curiam) (affirming dismissal of the portion of prisoner's complaint that sought relief on behalf of prisoner's fellow inmates).

2

Plaintiffs may use for this purpose if they desire.   Plaintiffs' pending motions (ECF Nos.

2, 5, 6) are **DENIED as moot.**

      **SO ORDERED**, this *5th* day of June, 2023.

                                        W. LOUIS SANDS, SR. JUDGE

                                        UNITED STATES DISTRICT COURT

3