IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROBERT EUGENE SIMMONS, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 7:23-cv-43 (WLS-TQL) |
| | * |
| JUDGE JOHN KENT EDWARDS, JR., et al., | |
| | * |
| Defendants. | |
| | * |

## **JUDGMENT**

Pursuant to this Court's Order dated June 5, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 6th day of June, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk